PROB 12B
(7/93)

Report Date: May 29, 2008

# United States District Court

for the

**Eastern District of Washington**

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 30 2008

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: John Burdett Wolfe

Case Number: 2:04CR00099-001

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush

Date of Original Sentence: 11/08/2004

Type of Supervision: Supervised Release

Original Offense: Importation of 100 Kilograms or More of Marijuana, 21 U.S.C. § 952 and 960; Possession With Intent to Distribute 100 Kilograms or More of Marijuana, 21 U.S.C. § 841(a)(1)

Date Supervision Commenced: 06/27/2008

Original Sentence: Prison - 63 Months; TSR - 48 Months

Date Supervision Expires: 06/26/2012

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

18   You shall reside in a residential reentry center for a period of up to 90 days. This placement may include a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

## CAUSE

Mr. Wolfe has not yet secured a residence to release to on or about June 27, 2008. He has requested to relocate to the District of Oregon, and said request is being processed. Should the relocation be denied or the process take longer than the current period of time the defendant has remaining at the residential reentry center (RRC), an extension of his placement at the RRC will assist the defendant in securing an alternate release plan. Should the relocation plan be approved prior to the expiration of the 90-day RRC placement, the undersigned will request that Mr. Wolfe be released from the RRC early.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 5/29/08

Richard B. Law
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

5/30/08
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

18	You shall reside in a residential reentry center for a period of up to 90 days. This placement may include a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

Witness: _____	Signed: _____
Richard B. Law	John Burdett Wolfe
U.S. Probation Officer	Probationer or Supervised Releasee

May 29, 2008
Date