PROB 12B
(7/93)

Report Date: June 27, 2008

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 3 0 2008

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: John Burdett Wolfe     Case Number: 2:04CR00099-001

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush

Date of Original Sentence: 11/8/2004     Type of Supervision: Supervised Release

Original Offense: Importation of 100 Kilograms or More of Marijuana, 21 U.S.C. § 952 and 960; Possession With Intent to Distribute 100 Kilograms or More of Marijuana, 21 U.S.C. § 841(a)(1)     Date Supervision Commenced: 6/27/2008

Original Sentence: Prison - 63 Months; TSR - 48 Months     Date Supervision Expires: 6/26/2012

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

19   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

## CAUSE

Pursuant to U.S. v Stephens that above modification with the offenders consent is being presented to Your Honor for consideration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   6/27/08

Richard B. Law
U.S. Probation Officer

Prob 12B
**Re: Wolfe, John Burdett**
**June 27, 2008**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

June 30, 2008
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

19   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

Witness: _____          Signed: _____
                Richard B. Law                                                       John Burdett Wolfe
                U.S. Probation Officer                                       Probationer or Supervised Releasee

                                    June 27, 2008
                                         Date