PROB 12B
(7/93)

Report Date: October 16, 2008

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 1 7 2008

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
#### (Probation Form 49, Waiver of Hearing is Attached)

Name of Offender:  John Burdett Wolfe                     Case Number: 2:04CR00099-001

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush

Date of Original Sentence:  11/08/2004                    Type of Supervision:  Supervised Release

Original Offense: Importation of 100 Kilograms or         Date Supervision Commenced: 06/27/2008
More of Marijuana, 21 U.S.C. § 952 and 960;
Possession With Intent to Distribute 100 Kilograms
or More of Marijuana, 21 U.S.C. § 841(a)(1)

Original Sentence:  Prison - 63 Months;                   Date Supervision Expires: 06/26/2012
TSR - 48 Months

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

20      You shall complete 40 hours of community service work, at the rate of not less than 10 hours per month
        at a not-for-profit site approved in advance by the supervising probation officer.  The hours are to be
        completed no later than 04/30/2009.

### CAUSE

On October 15, 2008, the undersigned officer conducted an unscheduled personal home contact at the defendant's
residence.  Upon arrival, he informed that he had some friends over playing video games.  When contact was made
with the defendant's "friends," the odor of alcohol was overwhelming.  Further, it was evident that the defendant's
friends were not of age to legally consume alcohol.  Through further questioning, three of the four individuals
admitted that they were not of legal drinking age.  Subsequently, local law enforcement was notified but were unable
to respond prior to the juveniles departing the residence.  Mr. Wolfe understands by allowing minors to consume
alcohol at this residence, he is committing the offense of contributing to the delinquency of minors.  Further concerns
were addressed with the fact that Mr. Wolfe has a history of substance abuse and was drinking alcohol with minors.
He has since been referred back to substance abuse counseling.  The above sanction appears warranted in response
to the defendant's poor choice.  Further he has agreed to said modification as evidenced by the signed waiver of
hearing.

Prob 12B
**Re:  Wolfe, John Burdett**
**October 16, 2008**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _10/16/08_

_____
Richard B. Law
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

_10/17/08_
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

20    You shall complete 40 hours of community service work, at the rate of not less than 10 hours per month at a not-for-profit site approved in advance by the supervising probation officer. The hours are to be completed no later than 04/30/2009.

Witness:    _____          Signed:    _____
                    Richard B. Law                                            John Burdett Wolfe
                    U.S. Probation Officer                               Probationer or Supervised Releasee

_____
October 16, 2008
Date